## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLYDE JONES,** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:24-cv-00119 |
|     v. | : | |
| | : | (Judge Kane) |
| **INTEGRATED MEDICAL** | : | |
| **SOLUTIONS, et al.,** | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, on this 18th day of March 2024, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A;

2. Plaintiff may file an amended complaint within thirty (30) days of the date of this Order. If Plaintiff elects to file an amended complaint, Plaintiff is advised to adhere to the standards set forth in the Federal Rules of Civil Procedure and the directives set forth by this Court in its accompanying Memorandum. Specifically, the amended complaint must be complete in all respects. It must be a new pleading which stands by itself without reference to the original complaint or any other documents already filed. The amended complaint should set forth Plaintiff's claims in short, concise, and plain statements as required by Rule 8 of the Federal Rules of Civil Procedure. Each paragraph should be numbered. The amended complaint should specify which actions are alleged as to which defendants and sufficiently allege personal involvement of the defendant in the acts which Plaintiff claims violated his rights. Mere conclusory allegations will not set forth cognizable claims;

3. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form; and

2

4. If Plaintiff fails to file an amended complaint within thirty (30) days of the date hereof, this case will be dismissed without further leave to amend for the reasons stated in the accompanying Memorandum.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
